

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00091-CR

**IN RE** Santiago **LOMAS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  March 6, 2013

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On February 1, 2013, Relator Santiago Lomas filed a petition for writ of mandamus complaining of the trial court's failure to rule on his motion for DNA testing. On February 22, 2013, the trial court signed an order setting the matter for a hearing on the 12th day of April, 2013 and further providing for Lomas to be present at said hearing. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 8581-A, styled *State of Texas v. Santiago Lomas*, pending in the 63rd Judicial District Court, Val Verde County, Texas, the Honorable Enrique Fernandez presiding.